UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    CASE NO. 6:21-CR-60003-001

TYRONE HARRIS                                                                         DEFENDANT

**<u>ORDER</u>**

The Court ADOPTS the report and recommendation (Doc. 64) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 24th day of April, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE